# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0175. DANIEL JOSEPH DAVIDSON v. THE STATE.

On October 17, 2023, Daniel Joseph Davidson filed documents that the Supreme Court docketed as an application for discretionary appeal. Upon finding no basis for its jurisdiction, the Supreme Court transferred the matter to this Court. See Case No. S24D0274 (Nov. 16, 2023).

In his application, Davidson claims that he filed a petition for writ of habeas corpus in the trial court in August 2023, but the court failed to hold a hearing, and that his due process rights were violated when his parole was revoked in December 2020. Notably, Davidson's filing does not include any order issued by the trial court.[1]

To the extent Davidson is requesting us to take action, we are unable to do so because this Court is established for the correction of errors of law made by the trial court and has no original jurisdiction. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010) (in the absence of a ruling by the trial court, we have nothing to review); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) ("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court.") (punctuation omitted). Given the lack of a written order by the trial court, we have no jurisdiction over this matter.

---

[1] Under Court of Appeals Rule 31 (c), an application for discretionary appeal must include a copy of order or judgment being appealed.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* <u>  12/27/2023  </u>
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>   *Stephen E. Castlen*   </u> *, Clerk.*